**AEGIS LAW FIRM, PC**
SAMUEL A. WONG, State Bar No. 217104
KASHIF HAQUE, State Bar No. 218672
JESSICA L. CAMPBELL, State Bar No. 280626
jcampbell@aegislawfirm.com
9811 Irvine Center Drive, Suite 100
Irvine, California 92618
Telephone: (949) 379-6250
Facsimile: (949) 379-6251

Attorneys for Plaintiff Margarita Hernandez,
individually and on behalf of all others similarly situated

[*Additional counsel listed on the next page*]

**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARGARITA HERNANDEZ, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>CHICO'S FAS, INC.; CHICO'S RETAIL OPERATIONS, INC.; SOMA INTIMATES, LLC; WHITE HOUSE BLACK MARKET, INC. and Does 1 through 20, inclusive,<br><br>Defendants. | Case No. 8:21-cv001486-DOC-DFMx<br><br>**ORDER APPROVING JOINT STIPULATION TO STAY CASE PENDING FINAL APPROVAL OF GLOBAL SETTLEMENT IN STATE COURT** |

1

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

2

JESSICA R. PERRY (STATE BAR NO. 209321)
JULIA C. RIECHERT (STATE BAR NO. 254078)

3

1000 Marsh Road
Menlo Park, California 94025

4

Telephone: 650-614-7400

5

Facsimile: 650-614-7401
jperry@orrick.com

6

jriechert@orrick.com

7

MARIAM BICKNELL (STATE BAR NO. 317945)

8

2050 Main Street, Suite 1100
Irvine, California 92614

9

Telephone: 949-567-6700
Facsimile: 949-567-6710

10

mbicknell@orrick.com

11

Attorneys for Defendants

12

CHICO'S FAS, INC.;
CHICO'S RETAIL OPERATIONS, INC.;

13

SOMA INTIMATES, LLC; and
WHITE HOUSE BLACK MARKET, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER APPROVING JOINT STIPULATION TO STAY CASE PENDING FINAL APPROVAL
OF GLOBAL SETTLEMENT IN  STATE COURT

## ORDER

Having reviewed and considered the Joint Stipulation to Stay Case Pending Final Approval of Global Settlement in State Court submitted by Plaintiff Margarita Hernandez ("Plaintiff") and Defendants Chico's FAS, Inc., Chico's Retail Operations, Inc., Soma Intimates, LLC, and White House Black Market, Inc. ("Defendants") (collectively, the "Parties), and good cause appearing for approval of the same, IT IS HEREBY ORDERED that:

1.      This action shall be and hereby is stayed pending the entry of an order granting final approval of the Parties' global settlement and an entry of a final judgment thereon in state court;

2.      Within ten (10) calendar days after the effective date of the Parties' global settlement and entry of a final judgment thereon, and such settlement becoming effective pursuant to the terms of such approval, Plaintiff shall submit to this Court a request for dismissal, with prejudice, of this Action; and

3.      If the state court does not grant final approval of the global settlement, Defendants will have 30 days from the date of final denial of the settlement within which to file a responsive pleading to Plaintiff Hernandez's operative complaint in this Court.

**IT IS SO ORDERED.**

Dated:  November 2, 2021

_David O. Carter_

Hon. David O. Carter
UNITED STATES DISTRICT JUDGE

-1-